[No. 14437-5-I. Division One. May 9, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. BONSY
LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-1-02489-3, George T. Mattson, J., entered
February 15, 1984. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Williams and Grosse, JJ.

[No. 12300-9-I. Division One. May 9, 1985.]

CHARLES J. ALEXANDER, *Appellant,* v. DAVID A.
WALDSCHMIDT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 80-2-17343-0, Charles V. Johnson, J., entered
September 7, 1982. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Scholfield, A.C.J., and Wil-
liams, J.

[No. 13994-1-I. Division One. May 9, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE
D. KRANTZ, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-1-00995-9, Frank J. Eberharter, J., entered
October 19, 1983. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Williams and Ringold, JJ.